1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RODNEY LANCE HARMON,

11              Plaintiff,                    No. 2: 10-cv-3147 KJN P

12        vs.

13   DR. FOX, et al.,

14              Defendants.              <u>AMENDED ORDER</u>

15   _____/

16          Plaintiff is a state prisoner proceeding without counsel.  Plaintiff seeks relief

17   pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act ("ADA") and has

18   requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was

19   referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

20          Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28

23   U.S.C. §§ 1914(a), 1915(b)(1).  By this order, plaintiff will be assessed an initial partial filing fee

24   in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  By separate order, the court will

25   direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account

26   and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly

1

1    payments of twenty percent of the preceding month's income credited to plaintiff's prison trust

2    account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court

3    each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28

4    U.S.C. § 1915(b)(2).

5          The complaint states a potentially cognizable claim for relief pursuant to 42

6    U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff

7    has a reasonable opportunity to prevail on the merits of this action.

8          In accordance with the above, IT IS HEREBY ORDERED that:

9          1.  Plaintiff's request for leave to proceed in forma pauperis (Dkt. No. 2) is

10   granted.

11         2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

12   Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C.

13   § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the

14   Director of the California Department of Corrections and Rehabilitation filed concurrently

15   herewith.

16         3.  Service is appropriate for the following defendants: Dr. Fox, Dr. Mailery, Mr.

17   Neis, California Department of Corrections and Rehabilitation.

18         4.  The Clerk of the Court shall send plaintiff 4 USM-285 forms, one summons,

19   an instruction sheet and a copy of the complaint filed November 22, 2010.

20         5.  Within thirty days from the date of this order, plaintiff shall complete the

21   attached Notice of Submission of Documents and submit the following documents to the court:

22              a.  The completed Notice of Submission of Documents;

23              b.  One completed summons;

24              c.  One completed USM-285 form for each defendant listed in number 3

25              above; and

26              d.  Five copies of the endorsed complaint filed November 22, 2010.

6.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

7.  A telephonic early status conference is set for January 13, 2011, at 10:00 a.m., before the undersigned; defense counsel shall appear by telephone and shall ensure plaintiff's appearance by telephone.

8.  The Clerk of the Court shall serve a copy of this order on Supervising Deputy Attorney General Monica Anderson.

DATED:  December 14, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

har3147.1(ame)

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RODNEY LANCE HARMON,

11            Plaintiff,                    No. 2: 10-cv-3147 KJN P

12       vs.

13   DR. FOX, et al.,                       NOTICE OF SUBMISSION

14            Defendants.                   OF DOCUMENTS

15   _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18            _____     completed summons form

19            _____     completed USM-285 forms

20            _____     copies of the _____
                                      Complaint/Amended Complaint

21   DATED:

22

23                                          _____
24                                          Plaintiff

25

26