UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RODNEY LANCE HARMON,

        Plaintiff,                  No. CIV S-10-3147 KJN P

  vs.

DR. FOX, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
_____/    **AD TESTIFICANDUM**

       Rodney Lance Harmon, inmate # K-47078, a necessary and material witness in proceedings in this case on January 13, 2011, is confined in Deuel Vocational Institution, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall K. Newman, to appear by telephone on January 13, 2011, at 10:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephone before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, Deuel Vocational Institution, 23500 Kasson Road, P.O. Box 400, Tracy, California 95378-004:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephone, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  December 14, 2010

                                                _/s/ Kendall J. Newman_
                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

harm3147.841.lkktch