IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY LANCE HARMON,

      Plaintiff,                    No. 2: 10-cv-3147 KJN P

   vs.

DR. FOX, et al.,

      Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

        On January 19, 2011, plaintiff filed a motion for leave to amend his complaint. Plaintiff's motion was not, however, accompanied by a proposed amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915. Because plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. Plaintiff's motion for leave to amend must therefore be denied.

        On January 27, 2011, plaintiff filed a motion for law library access. Plaintiff alleges that in order to obtain law library access, he must have a court order. Plaintiff does not allege why he requires law library access. For this reason, the undersigned finds that plaintiff's

1

motion for law library access is not well supported.

        Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion to amend (Dkt. No. 19) is denied;

    2. Plaintiff's motion for law library access (Dkt. No. 20) is denied.

DATED: February 3, 2011

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

har3147.amd