IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY LANCE HARMON,

        Plaintiff,                  No. 2:10-cv-3147 KJN P

    vs.

DR. FOX, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding without counsel, has filed a motion for court ordered access to the library. In his motion, plaintiff alleges that court orders are necessary before he can use the law library.

        Plaintiff does not allege that he is under a present obligation to submit documents within a time certain and thus has not demonstrated that his right of access to the courts is being impaired. The court will not set a deadline merely for the purpose of insuring the plaintiff additional library time.

////

////

////

////

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's February 9, 2011 motion
2 | for law library access (Dkt. No. 23) is denied.
3 | DATED: March 10, 2011

```
                                            _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE
```

harm3147.80