IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY LANCE HARMON,

    Plaintiff,              No. 2:10-cv-3147 KJN P

    vs.

DR. FOX, et al.,

    Defendants.       <u>ORDER</u>

/

        A recent court order was served on plaintiff's address of record and, on May 13, 2011, returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. This action may be dismissed if plaintiff does not file a notice of change of address within sixty-three days of the date his mail was returned. Local Rule 183(b).

        Accordingly, IT IS HEREBY ORDERED that plaintiff show cause within thirty days from the date of this order, why this action should not be dismissed for his failure to file a notice of change of address; if plaintiff does not respond to this order, the court will recommend that this action be dismissed.

DATED: May 19, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

harm3147.33a

1