IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY LANCE HARMON,

      Plaintiff,                       No. 2: 10-cv-3147 KJN P

    vs.

DR. FOX, et al.,                      <u>ORDER AND</u>

      Defendants.              <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        A court order was served on plaintiff's address of record and, on May 13, 2011, returned by the postal service. On May 20, 2011, plaintiff was ordered to show cause within thirty days why this action should not be dismissed for his failure to file a notice of change of address as required by Local Rule 183(b). The May 20, 2011 order was also returned by the postal service.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall assign a district judge to this action;

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

////

////

1

1   These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 28, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

har3147.fta